DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 APRIL 2016

| 044P16 | Jeffrey J. Johnson and wife, Donna N. Johnson, and Gary A. Proffitt and wife, Betty Jo Proffitt v. Starboard Association, Inc., A North Carolina non-profit Corporation, John McGuirt, Charles Adams, Eric O'Brian, William Carter, Helen Bunch, Syd Schenk, Cathy Moss, Bud Ayers, Betty Graham, Darryl Rice, individually and as Members of the Board of Directors of Starboard Association, Inc., and Abbot Enterprises, Inc., A North Carolina corporation | Defs' PDR Under N.C.G.S. § 7A-31 (COA15-457) | Denied |
| --- | --- | --- | --- |
| 056P16 | State v. Willie Hubert DuBoise | Def's PDR Under N.C.G.S. § 7A-31 (COA15-852) | Denied |
| 059P16 | State v. Gary Roger Thomson | Def's PDR Under N.C.G.S. § 7A-31 (COA15-390) | Denied |
| 060P16 | North Carolina Department of Public Safety v. Kenneth Shields | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA15-154) | Denied |
| 061P16 | State v. Carlton Washington Tomlinson | 1. Def's Motion for Temporary Stay (COA15-585)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **02/25/2016** Dissolved **04/13/2016**<br><br>2. Denied<br><br>3. Denied |
| 065P16 | State v. Jerome Shaw, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA15-573) | Denied |